

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | | |
|---|---|---|
| MICHAEL J. RICHEY AND<br>MICHAEL MORAN<br><br>Individually and on behalf of<br>other similarly situated<br>individuals<br><br>Plaintiffs<br><br>V.<br><br>GENESYS ASSOCIATES L.L.C.,<br>ATOS ORIGIN, INC. AND ATOS<br>ORIGIN IT SERVICES INC.<br><br>Defendants | §§§§§§§§§§§§§§§§§ | C.A. NO. 3-07CV1231-N |

## COMPLAINT

Plaintiffs, individually and on behalf or themselves and other similarly situated individuals, complaining of Genesys Associates L.L.C., Atos Origin, Inc. and Atos Origin IT Services Inc., would show as follows:

### Parties

1. Each of Plaintiffs and other individuals similarly situated have been employed by one or more of Defendants singly or as a joint employer with another.

2. Defendant Genesys Associates L.L.C. is a Texas corporation and may be served through Ed Trachier, 2600 Network Drive Suite 330, Frisco, Texas 75034. Defendants Atos Origin, Inc. and Atos Origin IT Services, Inc. are Texas corporations and may be served through their registered agent for service of process, National Registered Agents, Inc.,1614 Sidney Baker Street, Kerrville, Texas 78028.

COMPLAINT -- Page 1

## Jurisdiction and Venue

3. Subject matter jurisdiction of this Court over this action exists under 28 U.S.C. §1331 based on Plaintiff's federal claim under 29 U.S.C. §201 et seq., the Fair Labor Standards Act (the "FLSA"). One or more of Defendants is an employer within the meaning of the FLSA. Venue is proper because one or more of Defendants resides in this District.

## Facts

4. As further described below, Defendants Atos Origin, Inc. and Atos Origin IT Services, Inc. operate data servers for various clients, with four locations in the United States, including three in Texas and one in Ohio. Defendants Atos Origin, Inc. and Atos Origin IT Services, Inc. perform related activities through unified operations or common control for a common business purpose. Defendants Genesys Associates L.L.C. and one or more other entities are contract employment providers who supplied workers to Defendants Atos Origin, Inc. and Atos Origin IT Services, Inc. for periods prior to Plaintiffs' employment as such by Defendants Atos Origin, Inc. and Atos Origin IT Services, Inc. One or more of Defendants have acted directly or indirectly in the interest of an employer in relation to Plaintiffs.

5. Plaintiffs and other individuals similarly situated were or are employed by Defendants as computer software help desk agents. As such, they have been required during their employment to work at least 40 hours per week eight hours per day at a facility of Defendants Atos Origin, Inc. and Atos Origin IT Services, Inc. and, in addition, be on call for periods beyond 40 hours from time to time under circumstances in which they cannot effectively engage in other activities, are required to cancel personal

engagements, and spend substantial portions of their time on call actually engaging in work similar to that performed during the 40 hours at the facility. More specifically, Plaintiffs and other individuals similarly situated have been required to carry a pager and be on-call and respond to all pages while on call for 24 hours per day for periods of as long as one week at a time. In most instances of on-call time, Plaintiffs and other similarly situated individuals have been required to respond to as many as 30 to 40 pages after the end of the regular eight hour workday during such on-call time without regard to the need for sleep. In some cases, the lack of sleep has caused medical problems. The total hours worked each week by Plaintiffs and similarly situated individuals, including their on-call time as a whole, have averaged over 80 hours per week for the period since April 1, 2005, and the total hours worked each week by Plaintiffs and similarly situated individuals, including only actual work performed during their on-call time, have averaged over 60 hours per week for the period since April 1, 2005.

6. None of Plaintiffs or individuals similarly situated have ever been, during employment by Defendants, an administrative, executive or professional employee, as those terms are defined under Section 213(a)(1) of the FLSA and regulations of the United States Department of Labor implementing it, including but not limited to 29 CFR 541.103, 541.206 and 542.201(b)(2), during such employment. Also, none of Plaintiffs or individuals similarly situated have been computer software employees subject to exemption under Sections 213(a)(1) and 213(a)(17) of the FLSA and Section 541.401 such regulations.

7. Defendants have failed to pay overtime compensation due Plaintiffs and other individuals similarly situated under Section 207(a)(1) of the FLSA without good faith and a reasonable belief that the failure to do so was in compliance with the FLSA and accordingly are liable for such overtime compensation and liquidated damages under Section 216(b) of the FLSA. Defendants Genesys Associates L.L.C. may be entitled to a credit for straight time for periods it paid for hours over 40 worked by Plaintiffs, but Defendants Atos Origin, Inc. and Atos Origin IT Services, Inc. never paid overtime compensation to any extent.

8. Despite applicable provisions of the FLSA, Defendants, on information and belief, during the period of the employment of Plaintiffs and individuals similarly situated, have failed to record all hours of work by Plaintiffs and other individuals similarly situated or changed the hours of time for which they paid compensation to Plaintiffs or such other similarly situated individuals from the actual time worked and reported by Plaintiffs in order to avoid the payment of overtime compensation properly due to Plaintiffs and such similarly situated individuals.

## Causes of Action

9. For their first cause of action, Plaintiff and other individuals similarly situated would show that Defendants are liable under Section 216(b) of the FLSA for overtime compensation due but not paid in violation of Section 207(a)(1) of the FLSA, liquidated damages, prejudgment interest and attorney's fees and expenses and costs of court.

10. Plaintiffs are entitled to recover damages not only for the period of the otherwise applicable statutes of limitation, but for the entire period specified in

paragraphs 4 through 8, as Defendants' conduct continued over time, and Plaintiffs and other similarly situated individuals reasonably feared reprisal for complaining about such requirements and it would have been unreasonable to expect Plaintiffs to sue separately on each instance of actionable conduct. Further, Defendants sought to hide the fact that its conduct was actionable.

Representative Action Allegations

11.     With respect to the cause of action referred to in paragraph 9, this civil action is maintainable as a representative action pursuant to Section 216(b) of the FLSA because Plaintiffs are similarly situated to others who were subject to the conduct of Defendants referred to in paragraphs 4 through 8, and who, upon the giving of notice, are entitled to intervene as plaintiffs to seek the relief to which they are entitled based on the cause of action referred to in such paragraphs.

12.     Pursuant to 29 U.S.C. §216(b), each of the named Plaintiffs and, in addition, certain other individuals who have been employed by Defendants, have filed or will file consents with respect to their claims under the FLSA.

13.     Plaintiffs demand a jury.

WHEREFORE, Plaintiffs pray for all relief to which they are entitled.

Respectfully submitted,

Robert E. Goodman, Jr.
TSB No.08158100

James N. Francis
TSB No. 07357000

5956 Sherry Lane, Suite 800
Dallas, Texas 75225
(214) 368-1765
(214) 368-3974 (telecopy)

COUNSEL FOR PLAINTIFFS

COMPLAINT -- Page 6

## CONSENT TO BECOME PARTY PLAINTIFF

Pursuant to Section 216(b) of the Fair Labor Standards Act, 29 U.S.C. §201 <u>et seq.</u> ("FLSA"), and by my signature below, I hereby consent to the prosecution of claims under the FLSA on my behalf and in my name against Atos Origin, Inc. and Atos Origin IT Services, Inc., and any contract employment provider through which I was employed at either Atos Origin, Inc. or Atos Origin IT Services, Inc. I further declare that I understand that this consent is to be filed in the court in which suit on such claims is brought.

Signature: *Michael Richey*

Name: Michael J. Richey

Address: 4900 Indian Wells Ct.
Arlington, TX 76017

Telephone No.: 817-230-4575 hm
214-669-1890 cell

JS 44 (Rev. ...)

**CIVIL COVER SHEET** 3-07CV1231-N

ORIGINAL

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

Michael J. Richey and Michael Moran, Individually and on behalf of other similarly situated individuals

**DEFENDANTS**

Genesys Associates L.L.C., Atos Origin, Inc. and Atos Origin IT Services, Inc.

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Robert E. Goodman, Jr. and James N. Francis
5956 Sherry Lane, Suite 800
Dallas, Texas 75225      214-368-1765

Attorneys (If Known)

RECEIVED
JUL 11 2007
DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | | | ☐ 875 Customer Challenge |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | **LABOR** | **SOCIAL SECURITY** | 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☒ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | | Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff | Under Equal Access to |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | or Defendant) | Justice |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS— Third Party | State Statutes |
| | | ☐ 550 Civil Rights | Security Act | 26 USC 7609 | ☐ 890 Other Statutory Actions |
| | | ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

29 U.S.C. § 216(b)

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE 7/11/07

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____